No. 96–8559.   GRADE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 96–8560.   CLAYTON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 96–8565.   ALLBRIGHT *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 96–8567.   WASHINGTON *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 96–8570.   HARRIS *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 96–8572.   HANSEN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 96–8574.   JOHNSON *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 96–8578.   JACKSON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 96–8581.   ROWBAL *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 96–8583.   SOLAN *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 96–8585.   FORD *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 96–8586.   HARRIS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 96–8587.   HUTCHINSON *v.* UNITED STATES; and
No. 96–8588.   GRIFFIN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.   Reported below: 89 F. 3d 1501.

No. 96–8600.   WILLIAMS *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 96–8602.   BAKER *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 96–8603.   TUCKER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.